

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 27, 2017

John R. Holderman
6202 Madeline
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

Vicki Ann Gil
4100 Bunker Hill
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-17-00701-CV
        Trial Court Case Number:     2013-CI-20199
        Style:  Vicki A. Gil
                    v.
                John R Holderman

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Luz Estrada
Chief Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Donna  Kay McKinney (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00701-CV

Vicki A. **GIL**,
Appellant

v.

John R **HOLDERMAN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20199
The Honorable Renée Yanta, Judge Presiding

# O R D E R

After appellant filed a Statement of Inability to Afford Payment of Court Costs, we abated this appeal, remanded the case to the trial court to resolve the court reporter's contest, and requested findings of fact and conclusions of law from the trial court. The findings of fact and conclusions of law have been filed.

The trial court found appellant is able to afford the cost of the clerk's record, but unable to afford the cost of the appellate filing fees. Appellant has not challenged the trial court's ruling, and the clerk's record has been paid for and filed in this court. We therefore **order** appellant Vicki A. Gil to file the appellant's brief by January 26, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court